**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| JEFFREY V. HOWES, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) Case No.  1:20-cv-00670-CCB <br> SN SERVICING CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | |

**DEFENDANTS SN SERVICING CORPORATION'S AND U.S. BANK TRUST, N.A.,
NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE OF PRP II PALS INVESTMENTS
TRUST'S MOTION TO STRIKE APPEARANCES**

Defendants, SN Servicing Corporation and US Bank Trust, N.A., not individually but solely as Trustee of PRP II PALS Investments Trust ("SN Defendants"), by and through undersigned counsel hereby requests the Court to strike the appearances of Michael E. Blumenfeld, Mary Biscoe-Hall and Nelson Mullins Riley & Scarborough LLP, in the above-captioned matter, and in support thereof, states as follows:

1. In March, 2022, undersigned counsel relocated to Saul Ewing LLP.

2. The above-captioned matter transferred from Nelson Mullins Riley & Scarborough LLP to Saul Ewing LLP with undersigned counsel.

3. Michael E. Blumenfeld, Mary Biscoe-Hall and Nelson Mullins Riley & Scarborough LLP are no longer counsel for the SN Defendants, and as such their appearance should be stricken.

Respectfully submitted,

*/s/ Jonathan A. Singer*
Jonathan A. Singer (Bar No. 29818)
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8690
Facsimile: (410) 332-8862
jon.singer@saul.com

*Counsel for Defendants, SN Servicing Corporation and US Bank Trust, N.A., not individually but solely as Trustee of PRP II PALS Investments Trust*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2022, a copy of **Defendant SN Servicing Corporation's and US Bank Trust, N.A., not individually but solely as Trustee of PRP II PALS Investments Trust's Motion to Strike Appearance** was electronically filed and served upon all parties and counsel of record via CM/ECF as follows:

F. Peter Silva, Esq.
Tycko & Zavareei LLP
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, D.C. 20006

*Counsel for Plaintiffs*

Robert H. Hillman, Esq.
Samuel I. White, P.C.
6100 Executive Blvd., Suite 400
Rockville, Maryland 20852

*Counsel for Samuel I. White, P.C.,*
*FCI Lender Services, Inc., American Mortgage Investment*
*Partners Management, LLC, a/k/a AMIP Management, LLC,*
*& Wilmington Savings Fund Society, FSB as owner trustee for*
*Residential Credit Opportunities Trust V-B*

*/s/ Jonathan A. Singer*
Jonathan A. Singer