IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JEFFREY V. HOWES, et. al., | * |
| Plaintiffs, | * |
| v. | *   NO. 1:20-cv-00670-CCB |
| SN SERVICING CORPORATION, et al., | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## [PROPOSED] ORDER

Upon consideration of Defendant, SN Servicing Corporation's ("SN") Motion to Dismiss Count XII of Plaintiffs' Third Amended Complaint (the "Motion"), as well as Plaintiffs' Opposition thereto, any additional briefing submitted, the record herein, and the applicable law,

**IT IS HEREBY ORDERED**, on this _____ day of_____, by the United States District Court for the District of Maryland, that the SN's Motion be **DENIED**.

_____
Catherine C. Blake
United States District Judge